IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO WILLIAMS,

      Plaintiff,                      No. CIV S-07-0932 GEB KJM P

    vs.

N. ALBONICO, et al.,

      Defendants.              FINDINGS AND RECOMMENDATION

                              /

          On June 4, 2007, this court directed plaintiff to show cause why this action should not be dismissed because plaintiff has been barred from filing suit under the three strikes provision of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g).

          Plaintiff has responded to the order, but the response is difficult to decipher, as is his original complaint. It appears that the gist of this complaint is that plaintiff was assaulted by a correctional officer in 2002 and he has not otherwise shown that he is still in danger from this particular correctional officer. This does not show imminent danger.

          Another part of plaintiff's complaint appears to be based on prison authorities' failure to treat the injury resulting from that assault, a dislocated shoulder. Several of the attachments to the complaint show, however, that he has received surgery to stabilize the shoulder. He has thus pleaded himself out of showing imminent harm based on a denial of

1

1  medical care. <u>Sprewell v. Golden State Warriors</u>, 266 F.3d 979, 989, <u>as amended</u>, 275 F.3d 1187
2  (9th Cir. 2001).

3        Accordingly, because plaintiff has not shown he is in imminent danger and has
4  not paid the filing fee, this action should be dismissed. <u>In re Alea</u>, 286 F.3d 378, 380 (6th Cir.
5  2002).

6        IT IS HEREBY RECOMMENDED that this action be dismissed.

7        These findings and recommendations are submitted to the United States District
8  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty
9  days after being served with these findings and recommendations, plaintiff may file written
10 objections with the court. The document should be captioned "Objections to Magistrate Judge's
11 Findings and Recommendations." Plaintiff is advised that failure to file objections within the
12 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
13 F.2d 1153 (9th Cir. 1991).

14 DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

20  2
will0932.56